**SULAIMAN LAW GROUP**
Alexander J. Taylor
2500 South Highland Ave
Suite 200
Lombard, Illinois 60148
Telephone: 331-307-7646
Facsimile: 630-575-8188
E-Mail: ataylor@sulaimanlaw.com
*Attorney for the Plaintiff*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANABEL J. VELASQUEZ,<br><br>Plaintiff,<br><br>v.<br><br>MRS BPO, LLC,<br><br>Defendant. | Case No. 2:20-cv-02490-WBS-JDP<br><br>**ORDER ON MOTION TO WITHDRAW AS COUNSEL** |

Counsel for Plaintiff, Alexander J. Taylor, having filed with this Court his Motion to Withdraw as Counsel and the Court having reviewed same, it is hereby ORDERED that Alexander J. Taylor is granted leave to withdraw as counsel for Anabel J. Velasquez. The August 9, 2021 motion hearing date is vacated.

Dated: June 25, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1