**SULAIMAN LAW GROUP, LTD.**
Alejandro E. Figueroa (State Bar No. 332132)
2500 South Highland Ave., Suite 200
Lombard, IL 60148
Telephone: (630) 575-8181 Ext. 120
Facsimile: (630) 575-8188
alejandrof@sulaimanlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANABEL J. VELASQUEZ,<br><br>Plaintiff,<br><br>v.<br><br>MRS BPO, LLC,<br><br>Defendant. | **Case No.** 2:20-cv-02490-WBS-JDP<br><br>**ORDER RE DISMISSAL**<br><br>**Judge:** Hon. William B. Shubb<br><br>**Magistrate Judge:** Hon. Jeremy D. Peterson |

Plaintiff, ANABEL J. VELASQUEZ ("Plaintiff"), by and through her attorneys, Sulaiman Law Group, Ltd., having filed with this Court her Agreed Stipulation of Dismissal with Prejudice and the Court having reviewed same, now finds that this matter should be dismissed.

IT IS THEREFORE ORDERED by this Court that the above cause of action is hereby dismissed, with prejudice. Each party to bear its own costs and attorney fees.

Dated: December 3, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1